**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


| | |
|---|---|
| **UNITED STATES OF AMERICA** | **:  CRIMINAL DOCKET NO. 2:14-cr-00069-8** |
| | : |
| **v.** | **:  HONORABLE MICHAEL M. BAYLSON** |
| | : |
| **RICHARD RITCHIE** | **:** |

**AMENDED MOTION TO MODIFY CONDITIONS OF RELEASE**

     **AND NOW**, Defendant, Richard Ritchie, through his attorney, Jack McMahon, Esquire, hereby submits this Motion to Modify Conditions of Release and avers the following:

     1.  Bail was originally set at $25,000.00 (own recognizance) plus electronic monitoring.

     2.  Defendant requests that he be removed from electronic monitoring and allow his parents to use their home at 3307 Tilden Street, Philadelphia, Pennsylvania 19129 as collateral for bail.  The mortgage on this house is paid in full and the fair market value is $240,000.00.

     3.  Defendant will abide by all other conditions of release.

     4.  Pretrial Services has no objection to this modification of conditions.

     5.  Assistant United States Attorney Robert Livermore **has no objections** to this request for modification of conditions.

     **WHEREFORE**, the Defendant through his attorney Jack McMahon, respectfully requests that the Court grant this modification of the conditions of release.

Respectfully submitted,


Date:   February 25, 2014

/s/ Jack McMahon_____
Jack McMahon
Attorney for Richard Ritchie

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL DOCKET NO. 2:14-cr-00069-8** |
| | **:** | |
| **v.** | **:** | **HONORABLE MICHAEL M. BAYLSON** |
| | **:** | |
| **RICHARD RITCHIE** | **:** | |

### <u>ORDER</u>

**AND NOW**, this ___ day of _____, 2014, upon consideration of Motion to Modify Conditions of Release (ECF No. ___ ), it is **ORDERED** that said Motion is **GRANTED**. Defendant is to be removed from electronic monitoring.  All other terms and conditions of Defendant's release as set forth in the Conditions of Pretrial Release Oder (ECF No. 43), entered on February 18, 2014 by United States Magistrate Judge Henry S. Perkin, shall remain in effect.

**IT IS SO ORDERED.**

BY THE COURT:

_____
                                        J.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date a copy of the foregoing Motion to Modify Conditions of Release was electronically served on the following:

Robert J. Livermore, AUSA
Office of the United States Attorney
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106

Officer Rocky Reyes
United States Pretrial Services
600 Arch Street
Room 4408
Philadelphia, PA 19106

Date:   February 25, 2014                    /s/ Jack McMahon
                                             Jack McMahon