**ANDREW G. GAY, JR., ESQUIRE**
**IDENTIFICATION NO. 83401**
**LAW OFFICE OF ANDREW G. GAY, JR., LLC**
**1731 SPRING GARDEN STREET**
**PHILADELPHIA, PA 19130**
**TEL. (215) 545-7110 FAX (215) 545-7131**           **ATTORNEY FOR Richard Ritchie**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARREN SMITH, ET AL.** : | |
| : | |
| : | MAGISTRATE  NO. 14-69-8 |
| **V.** : | |
| : | |
| **RICHARD P. RITCHIE** : | |

**WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF COURTS:

    Kindly, withdraw my appearance on behalf of the Defendant, Richard P. Ritchie.


Respectfully Submitted,
LAW OFFICE OF ANDREW G. GAY, JR., LLC


 /s/ Andrew G. Gay, Jr.
ANDREW G. GAY, JR.
Attorney for Defendant
Identification No. 83401
1731 Spring Garden Street
Philadelphia, PA  19130
(215) 545-7110
(215) 545-7131 (facsimile)
Email: AGGJR@AGGJR.com

Date: February 27, 2014